BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00278-JO |
| v. | |
| **PABLO AVVACATO,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | |
| | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: September 10, 2020

                                                        Respectfully submitted,

                                                        BILLY J. WILLIAMS
                                                        United States Attorney

                                                        *s/ Pamela Paaso*
                                                        PAMELA PAASO
                                                        Assistant United States Attorney