# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00278-JO |
| v. | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| PABLO AVVACATO, | Rule 48(a) Fed. R. Crim. P. |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the information without prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Pablo Avvacato, in the above-captioned case be DISMISSED without prejudice.

Dated: September  10th  , 2020.

/s/ Robert E. Jones
HONORABLE ROBERT E. JONES
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney